**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------x

ALFRED TRIPPETT, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

PLAYA BOWLS, LLC,

        Defendant.

---------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DIST... ...RT...
★ DEC 30, 2024 ★
BROOKLYN OFFICE

Civil Action No.

1:24-cv-04729

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Alfred Trippett, and Defendant, Playa Bowls, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: December 13, 2024

By: *Gabriel Levy*          By: *Jacqueline Lesser*

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

Jacqueline M. Lesser, Esq.
   *Attorneys for Defendant*
Ice Miller LLP
1735 Market Street
Suite 3900
Philadelphia, PA 19103
T: 215-982-5165
Jacqueline.lesser@icemiller.com

Dated: Brooklyn, NY
December 30, 2024

SO ORDERED: /s/
Robert M. Levy, USMJ